IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL R. JAMES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION No. 22-0031-CG-N |
| | ) |
| BALDWIN COUNTY BOARD OF EDUCATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of the issues raised, and a de novo determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge (Doc. 16) made under 28 U.S.C. § 636(b)(1)(B)–(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated May 18, 2022, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Defendant Baldwin County Board of Education's motion to dismiss (Doc. 5) is **GRANTED**. Plaintiff Michael R. James shall file an amended complaint, if any, addressing the defects set out in the Report and Recommendation no later than July 1, 2022. The amended complaint, which will become the operative complaint in this action,[1] "must reproduce the entire

---

[1] "As a general matter, '[a]n amended pleading supersedes the former pleading; the original pleading is abandoned by the amendment, and is no longer a part of the pleader's averments against his adversary.' " *Pintando v. Miami-Dade Hous. Agency*, 501 F.3d 1241, 1243 (11th Cir. 2007) (per curiam) (quoting *Dresdner Bank AG,*

pleading as amended and may not incorporate any prior pleading by reference." *See*

S.D. Ala. CivLR 15(a).

    **DONE** and **ORDERED** this 17th day of June, 2022.

                              /s/ Callie V. S. Granade
                              SENIOR UNITED STATES DISTRICT JUDGE

---

*Dresdner Bank AG in Hamburg v. M/V OLYMPIA VOYAGER*, 463 F.3d 1210, 1215 (11th Cir. 2006) (citation and quotation omitted)); *see also, e.g.*, *Fritz v. Standard Sec. Life Ins. Co. of New York*, 676 F.2d 1356, 1358 (11th Cir. 1982) ("Under the Federal Rules, an amended complaint supersedes the original complaint.").